PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☑ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA      Divisional Office

Name and Office of Person Furnishing Information on THIS FORM    E. WAGUESPACK
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned)    MATTHEW R. PAYNE

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
SPECIAL AGENT MICHAEL HEIMBACH, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense | NEW ORLEANS    County ORLEANS

CASE NO. _____

USA vs.

Defendant: RYAN J. HARRIS a/k/a "Red"

Address: Through His Attorney:
Christopher J. Murell
Murell Law Firm
2831 St. Claude Ave.
New Orleans, LA 70117

☐ Interpreter Required    Dialect: _____

Birth Date  1988    ☑ Male    ☐ Alien
☐ Female    (if applicable)

Social Security Number  xxx-xx- 7781

**DEFENDANT**

Issue: ☑ Warrant    ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Christopher Murell

☐ FPD ☑ CJA ☐ RET'D
☐ Appointed on Target Letter

☑ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  4    (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| 4 | 18 U.S.C. §§ 2; 1512(a)(1)(C) and (a)(3)(A) | Witness Tampering Through Murder | 8 |
| 4 | 18 U.S.C. §§ 2; 1513(a)(1)(B) and (a)(2)(A) | Retaliation Against a Witness Through Murder | 9 |
| 4 | 18 U.S.C. §§ 2 & 924(j)(1) | Causing Death Through Use of a Firearm | 10 |
| | | | |