PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile

☐ Pre-Indictment Plea  ☑ Superseding  ☑ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  **EASTERN**
DISTRICT OF LOUISIANA    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM  **E. WAGUESPACK**
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. **(504) 680-3081**

Name of Asst. U.S. Attorney (if assigned)  **MATTHEW R. PAYNE**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**S/A MICHAEL HEIMBACH, FBI**

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP  20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense | New Orleans    County Orleans Parish

---

CASE NO. **24-105 "D"(1)**

USA vs.

Defendant: **VANESSA MOTTA**

Address:
Through Her Attorney:
Sean Toomey
Liskow
Hancock Whitney Center
701 Poydras St., Ste. 5000
New Orleans, LA 70139

☐ Interpreter Required    Dialect: _____

Birth Date **1981**
☐ Male  ☑ Female
☐ Alien (if applicable)

Social Security Number    XXX-XX- **7868**

### DEFENDANT

Issue: ☐ Warrant  ☑ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): **Sean Toomey**

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts **3**    (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C., § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| 4 | 18 U.S.C., §§ 1503(a) and 2 | Obstruction of Justice | 3 |
| 4 | 18 U.S.C., §§ 1512(b)(1) and 2 | Witness Tampering | 4 |
| | | | |
| | | | |