PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☑ Other than Juvenile

☐ Pre-Indictment Plea ☑ Superseding ☑ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA          Divisional Office

Name and Office of Person
Furnishing Information on **E. WAGUESPACK**
THIS FORM                       ☒ U.S. Atty  ☐ Other U.S. Agency
                                Phone No. **(504) 680-3081**

Name of Asst.
U.S. Attorney    **MATTHEW R. PAYNE**
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**S/A MICHAEL HEIMBACH, FBI**

☐ person is awaiting trial in another Federal or State Court
  (give name of court)

☐ this person/proceeding transferred from another district
  per (circle one) FRCrP  20,  21  or  40.  Show District

☐ this is a reprosecution of charges
  previously dismissed which were
  dismissed on motion of:

  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
  pending case involving this same
  defendant. (Notice of Related
  Case must still be filed with the
  Clerk.)

☐ prior proceedings or appearance(s)
  before U.S. Magistrate Judge
  regarding this defendant were
  recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of
offense   New Orleans      County Orleans Parish

---

CASE NO. **24-105 "D"(1)**

USA vs.

Defendant: **MOTTA LAW, LLC**

Address: Through its Attorney:
Sean Toomey
Liskow
Hancock Whitney Center
701 Poydras St., Ste. 5000
New Orleans, LA 70139

☐ Interpreter Required    Dialect: _____

Birth                    ☐ Male        ☐ Alien
Date _____     ☐ Female      (if applicable)

Social Security Number  XXX-XX-_____

### DEFENDANT

Issue:  ☐ Warrant  ☑ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): **Sean Toomey**

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts **3** _____ (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C., § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| 4 | 18 U.S.C., §§ 1503(a) and 2 | Obstruction of Justice | 3 |
| 4 | 18 U.S.C., §§ 1512(b)(1) and 2 | Witness Tampering | 4 |
| | | | |
| | | | |