PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☑ Other than Juvenile

☐ Pre-Indictment Plea ☑ Superseding ☑ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **EASTERN**
DISTRICT OF LOUISIANA       Divisional Office

Name and Office of Person
Furnishing Information on    **E. WAGUESPACK**
THIS FORM            ☒ U.S. Atty  ☐ Other U.S. Agency
                Phone No. (504) 680-3081

Name of Asst.
U.S. Attorney    **MATTHEW R. PAYNE**
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
S/A MICHAEL HEIMBACH, FBI

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of | New Orleans          County Orleans Parish
offense

---

CASE NO. 24-105 "D"(1)

USA vs.

Defendant: JASON F. GILES

Address: Through His Attorney:
David Courcelle
Law Office of David I. Courcelle, LLC
Executive Tower
3500 N. Causeway Blvd., #185
Metairie, LA 70002

☐ Interpreter Required  Dialect: _____

Birth
Date 1979      ☑ Male   ☐ Alien
           ☐ Female  (if applicable)

Social Security Number XXX-XX-0797

### DEFENDANT

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): David Courcelle

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 4          (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C., § 1349 | Conspiracy to Commit Mail and Wire Fraud | 1 |
| 4 | 18 U.S.C., §§ 1341 and 2 | Mail Fraud | 2 |
| 4 | 18 U.S.C., §§ 1503(a) and 2 | Obstruction of Justice | 5 |
| 4 | 18 U.S.C., §§ 1512(b)(1) and 2 | Witness Tampering | 6 |