# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

United States of America

vs

Vanessa Motta

Case No.:  Dkt.# 2:24CR00105-4

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Vanessa Motta, have discussed with Amy Lapointe, Sr. U.S. Probation Officer, modification of my release as follows:

Participate in mental health programming as deemed appropriate/necessary.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2/7/25        _____  February 07, 2025
Signature of Defendant    Date          Pretrial Services/Probation Officer    Date

Assistant United States Attorney Matt Payne was contacted and has no objection to the above modification of bond. Defense counsel Sean Toomey was advised of the proposed modification.

[✓] The above modification of conditions of release is ordered, to be effective on  2/7/25  .
[ ] The above modification of conditions of release is not ordered.

_____                2/7/25
Signature of Judicial Officer           Date