UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| SEAN D. ALFORTISH, ET AL. | SECTION: D (1) |

### ORDER

Considering the Government's Motion to Expedite Hearing and Incorporated Memorandum in Support (R. Doc. 203);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** As discussed during the status conference held on February 28, 2025 (R. Doc. 205), the deadline to file any motion to continue the current trial date was March 3, 2025, the deadline to file any opposition to any such motion is March 6, 2025, and any motion to continue will be submitted on March 6, 2025. Thus, any opposition to the Government's Motion to Continue the Pre-Trial Conference and Trial (R. Doc. 202) must be filed by **March 6, 2025,** and the Motion to Continue will be submitted on **March 6, 2025.**

New Orleans, Louisiana, March 5, 2025.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**