UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| | * | |
| **VS** | * | **SECTION: "D"** |
| | * | |
| | * | |
| **VANESSA MOTTA** | * | |
| | * | |
| | * | |

## MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes Defendant Vanessa Motta, who respectfully moves this Honorable Court for an Order compelling the Government: (1) to produce all *Brady* and *Giglio* materials as it discovers such materials, without any specific request from the defense; (2) to obtain and produce all *Brady*, *Giglio*, and Rule 16 material held by all members of the prosecution team; and (3) to produce all FBI 302 memoranda generated from interviews of individuals *similarly situated* to Ms. Motta.

WHEREFORE, Defendant Vanessa Motta prays that this motion be granted and that the Court enter an order compelling the Government to immediately produce the requested documents.

Respectfully submitted,

/s/ *Sean Toomey*
Sean M. Toomey (Bar # 36055)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorney for Defendant Vanessa Motta*

-2-

**CERTIFICATE OF SERVICE**

      I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by electronic filing on PACER, this 14 day of April, 2025.


                                          <u>/s/    Sean Toomey      </u>