## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| VS | * | SECTION: "D" |
| | * | |
| | * | |
| **VANESSA MOTTA** | * | |
| | * | |
| | * | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion to Compel Discovery is hereby set for hearing before District Judge Wendy B. Vitter on April 29, 2025 at 1:30 p.m.

Respectfully submitted,

*/ s / Sean M. Toomey*
Sean M. Toomey (La. Bar #36055)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by electronic filing on this 15th day of April 2025.

*/ s / Sean M. Toomey*