TO: DOCKET CLERK

__ MAGISTRATE CASE NUMBER

OR

_X_ NO MAGISTRATE PAPERS WERE FOUND

for

NAME: SEAN D. ALFORTISH; VANESSA MOTTA; MOTTA LAW, LLC; JASON F. GILES; THE KING FIRM, LLC; LEON M. PARKER; DIAMINIKE F. STALBERT; CARL F. STALBERT; CARL G. MORGAN; TIMARA N. LAWRENCE

Initials: __mbb__

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you