**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| | * | |
| **VS** | * | **SECTION: "D"** |
| | * | |
| | * | |
| **VANESSA MOTTA, ET AL.** | * | |
| | * | |

**MOTION TO SEVER TRIAL AND DEFENDANTS
ON BEHALF OF VANESSA MOTTA AND MOTTA LAW, LLC.**

NOW INTO COURT, through undersigned counsel, come defendants, VANESSA MOTTA and MOTTA LAW LLC, who respectfully request that this Honorable Court sever their trial from their co-defendants Jason F. Giles and The King Law Firm, LLC pursuant to Rule 8(b) of the Federal Rules of Criminal Procedure.  In addition, the defendants request that Counts 9-13 be severed from the remaining Counts pursuant to Rule14(a) of the Federal Rules of Criminal Procedure because the allegations against Vanessa Motta and Motta Law LLC are not based on the same act or transaction that Jason F. Giles and The King Law Firm are charged with having committed and the overall "prejudicial effect" of including the murder charges against Sean Alfortish and Leon Parker at the defendants' trial.

Vanessa Motta and Motta Law LLC are ready for trial and maintain their rights to a speedy trial.

1

The reasons set forth in this request are more fully briefed in the accompanying memorandum in support.

Respectfully submitted,

/s/ *Sean Toomey*
Sean M. Toomey (Bar # 36055)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Attorney for Defendants Vanessa Motta and Motta Law LLC.

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by electronic filing on PACER, this 5TH day of May, 2025.

/s/     *Sean Toomey*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| | * | |
| **VS** | * | **SECTION: "D"** |
| | * | |
| | * | |
| **VANESSA MOTTA ET AL.** | * | |
| | * | |

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have registered to receive electronic notification.

/s/ *Sean Toomey*
Sean M. Toomey (Bar # 36055)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Attorney for Defendants Vanessa Motta and
Motta Law LLC.