MINUTE ENTRY
VITTER, J.
May 12, 2025
JS10, 0:52

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105-ALL** |
| **RYAN HARRIS, ET AL.** | **SECTION: D (1)** |
| | **This Report and Order applies to all defendants except for Ryan Harris and Jovanna Gardner** |

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On May 12, 2025, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Matthew R. Payne, Brian M. Klebba, Jeffrey R. McLaren, Mary Katherine Kaufman**
Counsel for the Government

**Shaun G. Clarke**
Counsel for Defendant, Sean D. Alfortish

**Sean M. Toomey**
Counsel for Defendants, Vanessa Motta and Motta Law, LLC

**David I. Courcelle, Scott C. Stansbury**
Counsel for Defendants, Jason F. Giles and King Firm, LLC

**Stephen J. Haedicke**
Counsel for Defendant, Leon M. Parker

**Hester R. Hilliard**
Counsel for Defendant, Diaminike F. Stalbert

**Michael G. Raspanti**
Counsel for Defendant, Carl G. Morgan

**Rachel M. Yazbeck**
Counsel for Defendant, Timara N. Lawrence

During the conference, the Court discussed with counsel the email sent by the Government to the Court and copied to all counsel on May 2, 2025, advising the Court that FBI Special Agent Michael Heimbach is not available to attend the May 27, 2025 hearing on the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception (R. Doc. 227). After receiving the email, the Court issued an Order setting this telephone status conference. (R. Doc. 273). Defendants, Sean D. Alfortish and Leon M. Parker, then filed a "Status Conference Statement and Request to Continue Motion Hearing Without Date," asking the Court to continue without date the May 27, 2025 evidentiary hearing on the Government's Motion to afford defendants the opportunity to review and intelligently respond to and rebut the voluminous discovery produced by the Government. (R. Doc. 275). The Government filed an Opposition brief, asserting that the Government does not oppose a brief, two to three week continuance of the hearing, but that an indefinite continuance will unnecessarily delay trial. (R. Doc. 276). Parker and Alfortish filed a Reply, maintaining that a continuance without date is appropriate and necessary to protect their due process rights. (R. Doc. 279).

After hearing from counsel, and for the reasons stated on the record, the Court issued an **oral Order continuing without date** the May 27, 2025 hearing on the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing

Exception, with the Court specifying that a date for the Government's Motion will be set following the hearing on the Motions to Sever (R. Docs. 216 & 271) which is set for May 27, 2025. The hearing on the Motions to Sever will proceed on May 27, 2025 at 1:30 p.m. Counsel for defendant, Timara N. Lawrence, advised the Court that she will be out of the country on May 27, 2025, but that she waived her client's appearance at the hearing. The Court advised counsel that counsel may attend the hearing by telephone if she desired.

There was also an oral motion by counsel for defendant, Carl G. Morgan, to file an out-of-time opposition to the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception. Hearing no opposition to the oral motion, the Court issued an **oral Order GRANTING** the oral motion, and gave Morgan until **Friday, May 16, 2025 at 12:00 pm (CST)** to file a response to the Government's Motion. As to the pending Motions to Sever, counsel for Morgan and counsel for defendant, Diaminike F. Stalbert, indicated that they may seek to join one of the motions. Since the deadline to file a Motion to Sever has passed (*See* R. Doc. 230), and the Government voiced no opposition to the request, the Court issued an **oral Order** allowing the defendants until **Thursday, May 15, 2025 at 12:00 p.m. (CST)** to file a motion to join one of the pending Motions to Sever.

Accordingly,

**IT IS HEREBY ORDERED** that the May 27, 2025 hearing on the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception (*See* R. Docs. 227 & 269) is **CONTINUED without date.**

**IT IS FURTHER ORDERED** that defendant, Carl G. Morgan, shall have until **12:00 p.m. (CST) on Friday, May 16, 2025** to file a response to the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception.

**IT IS FURTHER ORDERED** that defendants shall have until **12:00 p.m. (CST) on Thursday, May 15, 2025** to file a motion to join one of the pending Motions to Sever (R. Docs. 216 & 271).

New Orleans, Louisiana, May 12, 2025.

_____
**WENDY B. VITTER**
**United States District Judge**