UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         CRIMINAL ACTION

VERSUS                                           NO. 24-105

DIAMINIKE F. STALLBERT; VANESSA MOTTA;

MOTTA LAW, LLC; LEON M PARKER

                                                 SECTION: D

## ORDER

**IT IS ORDERED** that the Arraignment presently set for May 21, 2025 at 2:00 p.m. before U.S. Magistrate Judge Eva J. Dossier is **RESET** to May 21, 2025 at 11:00 a.m. before U.S. Magistrate Judge Michael B. North.

New Orleans, Louisiana this 19th day of May 2025.

                                                _____
                                                EVA J. DOSSIER
                                                UNITED STATES MAGISTRATE JUDGE