UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D" |
| **RYAN J. HARRIS,** *et al.* | * | |
| | * * * | |

**MOTION FOR LEAVE TO FILE UNDER SEAL
GOVERNMENT'S EXHIBIT C TO ITS
<u>OPPOSITION TO DEFENDANTS' MOTION TO SEVER</u>**

**NOW INTO COURT** comes the United States of America, through the undersigned attorneys, and moves for leave to file the accompanying Government's Exhibit C to its Opposition to Defendants' Motion to Sever. Exhibit C is an expert report drafted in advance of civil litigation and it discusses at length potential misconduct by individuals who are uncharged. The government therefore requests that this exhibit be filed under seal.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY


/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 19, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                */s/ Matthew R. Payne*
                MATTHEW R. PAYNE
                Assistant United States Attorney