UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D" |
| **RYAN J. HARRIS,** *et al.* | * | |
| | * * * | |

## MOTION FOR LEAVE TO FILE GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION TO SEVER IN EXCESS OF PAGE LIMITATIONS

**NOW INTO COURT** comes the United States of America, through the undersigned attorneys, and moves for leave to file the accompanying memorandum in excess of the page limitations of this Court's local rules. Local Rule 7.7 states that a memoradum opposing a motion must not exceed 25 pages, excluding exhibits. The government's attached memorandum in opposition to defendants' motion to sever is 47 pages. This memorandum is a consolidated memorandum opposing the motions to sever by seven defendants. Further, severance is a fact-intensive inquiry. Accordingly, there is good cause to grant this motion and allow a filing in excess of the page limitations of the local rules.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

## CERTIFICATE OF SERVICE

  I hereby certify that on May 19, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

            */s/ Matthew R. Payne*
            MATTHEW R. PAYNE
            Assistant United States Attorney