UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D"(1) |
| **RYAN J. HARRIS,** *et al.* | * | |

\* \* \*

**O R D E R**

Considering the foregoing Motion for Leave to File Government's Memorandum in Opposition to Defendants' Motion to Sever in Excess of Page Limitations, accordingly,

**IT IS ORDERED** that the Government's motion is hereby **GRANTED**. The Government's Memorandum in Opposition to Defendants' Motion to Sever shall be filed in the record.

New Orleans, Louisiana, this _____ day of May, 2025.

_____
HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT JUDGE