**From:** ▓▓▓▓▓ <▓▓▓@kinginjuryfirm.com>
**To:** ▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓>
**Subject:** Re: Damian Labeaud P-AE-LA-879034
**Date:** Fri, 10 Nov 2017 15:52:57 +0000

Checking in during business hours. Thanks.

▓▓▓▓▓
Attorney
The King Firm
2912 Canal Street
New Orleans, LA 70119
Main: 504-909-5464
Fax: 800-901-6470
▓▓▓@kinginjuryfirm.com

On Thu, Nov 9, 2017 at 4:53 PM, ▓▓▓▓▓ ▓▓▓@kinginjuryfirm.com> wrote:
> Checking back in - this is the final thing we need to lock this one down.
>
> Thanks
>
> ▓▓▓▓▓
> Attorney
> The King Firm
> 2912 Canal Street
> New Orleans, LA 70119
> Main: 504-909-5464
> Fax: 800-901-6470
> ▓▓▓@kinginjuryfirm.com
>
> On Wed, Nov 8, 2017 at 4:34 PM, ▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓> wrote:
>> The request is under review.
>>
>> ▓▓▓▓▓
>> Servicing Representative
>> ▓▓▓▓▓▓▓▓▓▓▓▓
>> ▓▓▓ direct
>> ▓▓▓ fax
>> ▓▓▓▓▓▓▓▓▓▓▓▓
>>
>> **From:** ▓▓▓▓▓ [mailto:▓▓▓@kinginjuryfirm.com]
>> **Sent:** Wednesday, November 8, 2017 12:07 PM
>> **To:** ▓▓▓▓▓
>> **Subject:** Re: Damian Labeaud P-AE-LA-879034

GOVERNMENT EXHIBIT A

Any updates?

Attorney

The King Firm

2912 Canal Street

New Orleans, LA 70119

Main: 504-909-5464

Fax: 800-901-6470

@kinginjuryfirm.com

On Tue, Nov 7, 2017 at 1:49 PM, <@kinginjuryfirm.com> wrote:

$260,000 settlement

$80,000 fee (reduced to $80k)

$29,000 expenses

$95,500 costs to be paid (meds and you guys)

One medical provider had $153,000 and has ok'd (begrudgingly) to accept $57,500

The expense and medical numbers above are rounded for ease of laying them out for you.

Attorney

The King Firm

2912 Canal Street

New Orleans, LA 70119

Main: 504-909-5464

Fax: 800-901-6470

▮@kinginjuryfirm.com

On Tue, Nov 7, 2017 at 1:35 PM, ▮ <▮> wrote:

Hello ▮

I called your office earlier today and left a message. I can help you with this reduction request. I just need a couple numbers before I can hand it over to my supervising attorney.

What is the settlement at?

What is your attorney fee?

What are your legal expenses?

How much are the medical liens?

What are the medical liens reducing to?

Proposed figures are acceptable; I understand medical providers sometimes take time to get back with reductions. Once I have these numbers I can pass this up to my supervising attorney for review.

Thank you,

▮
Servicing Representative

▮ direct
▮ fax

▮

**From:** ▮ [mailto:▮@kinginjuryfirm.com]
**Sent:** Tuesday, November 7, 2017 1:19 PM

**To**
**Subject:** Damian Labeaud P-AE-LA-879034

I left you a few messages about this client. Please let me know if you guys would be able to reduce the outstanding balance by $5,000 to $26,725.

All of the providers, including us, are taking a hit to get this one done. There were recent allegations of fraud that pushed us to resolve sooner rather than later.

Thanks,

Attorney

The King Firm

2912 Canal Street

New Orleans, LA 70119

Main: 504-909-5464

Fax: 800-901-6470

@kinginjuryfirm.com

US-072-00243041