*See* Sealed Government Exhibit C