**From:** ▓▓▓▓ <▓▓▓@▓▓▓▓>
**To:** ▓▓▓▓ <▓▓▓@kinginjuryfirm.com>
**Subject:** Re: Parker v. USX - expert report
**Date:** Thu, 22 Nov 2018 03:38:35 +0000

---

Frey's report does nothing but regurgitate facts and opinions of the plaintiffs and other experts. It does not assist the trier of fact - red flags are red flags to anyone so don't need an expert. I think you can get him limited or tossed.

▓▓▓▓
Partner
▓▓▓▓
New Orleans, LA ▓▓
▓▓▓ (Phone)
▓▓▓ (Fax)
▓▓▓▓
▓▓▓▓

On Nov 21, 2018, at 8:27 PM, ▓▓▓▓ <▓▓▓@kinginjuryfirm.com> wrote:

Some of your cases are listed in this report so I figured I would share.

▓▓▓▓
Cell: ▓▓▓▓
Sent from my iPhone

The King Firm
2912 Canal Street
New Orleans, LA 70119
Fax: 800-901-6470
Main: 504-909-5464 (KING)
▓▓▓▓

Begin forwarded message:

**From:** ▓▓▓▓ <▓▓▓@gallowaylawfirm.com>
**Date:** November 21, 2018 at 3:06:43 PM CST
**To:** ▓▓▓@kinginjuryfirm.com" ▓▓▓@kinginjuryfirm.com>
**Cc:** ▓▓▓▓ <▓▓▓@gallowaylawfirm.com>
**Subject: Parker v. USX - expert report**

▓▓▓ -

Please see attached expert reports for Louis Fey and supplement for ▓▓▓▓. I believe I previously provided Dr. ▓▓▓'s 2nd IME report, but I attach again for your convenience. We do not have supplements, at this time, to the expert reports we sent last year(i.e. Partington, Stokes & Assoc, Boudreaux). Should we need to supplement due to

**GOVERNMENT EXHIBIT D**

additional information, we will do that as soon as possible. Please let me know if you need me to re-send those prior reports.

Thank you and I hope you have a Happy Thanksgiving-



▮▮▮▮▮▮▮▮▮▮▮▮ **Director**
#3 Sanctuary Boulevard, 3rd Floor
Mandeville, Louisiana 70471
O: ▮▮▮▮▮▮▮▮▮▮ | F: 985-674-6681
▮▮▮▮▮@gallowaylawfirm.com

701 Poydras St., 40th Floor, New Orleans, LA 70139

<mime-attachment.html>

<Galloway2_02f3b712-1b21-4b17-81de-961e4e4d7977.png>

<EXPERT REPORT - Harris v U.S. Express.pdf>

<mime-attachment.html>

<Expert CV (Testimony Only) - September 2018.pdf>

<mime-attachment.html>

<Dr. Butler 2nd IME Report (09643392xA8A8F).pdf>

<mime-attachment.html>

<11-14-18 SEA, Ltd. Report (10118383xA8A8F).pdf>

<mime-attachment.html>