|  |  |
|---:|:---|
| **From:** | ███████ <███@kinginjuryfirm.com> |
| **To:** | Jason Giles <jgiles@kinginjuryfirm.com>, ███████ <███@kinginjuryfirm.com> |
| **Subject:** | Fwd: Darnell Harris et al v. US Xpress/Leon Parker |
| **Date:** | Fri, 07 Dec 2018 17:25:23 +0000 |
| **Attachments:** | Clerk.Fax-file_Witness_and_Exhibit_List_(10202357xA8A8F).pdf |
| **Inline-Images:** | Galloway2_02f3b712-1b21-4b17-81de-961e4e4d7977.png |

Leon Parker Witness and Exhibit List - Cornelius Garrison is the only random witness

███████
Attorney
The King Firm
2912 Canal Street
New Orleans, LA 70119
Main: 504-909-5464
Fax: 800-901-6470
███@kinginjuryfirm.com


---------- Forwarded message ---------
From: ███████ ███████ gallowaylawfirm.com>
Date: Fri, Dec 7, 2018 at 11:17 AM
Subject: Darnell Harris et al v. US Xpress/Leon Parker
To ███ kinginjuryfirm.com < ███@kinginjuryfirm.com>
Cc: ███████ @gallowaylawfirm.com>, ███████ ███████ @gallowaylawfirm.com>

Mr. Courtenay,

Please see attached in connection with the above matter.

Thank you,

███

███████, **Legal Assistant**
#3 Sanctuary Boulevard, 3rd Floor
Mandeville, Louisiana 70471
O: ███████ | F: 985-674-6681
███@gallowaylawfirm.com

**GALLOWAY**
Galloway Johnson Tompkins Burr & Smith
TX | LA | MS | AL | FL | GA | MO
www.gallowaylawfirm.com

**GOVERNMENT EXHIBIT E**

**THIS MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT OR PRIVILEGED COMMUNICATIONS. PLEASE DO NOT FORWARD WITHOUT SPECIFIC PERMISSION.**

US-072-00241069