**From:** ▬▬▬▬▬▬ <▬▬▬@kinginjuryfirm.com>
**To:** Jason Giles <jgiles@kinginjuryfirm.com>
**Cc:** ▬▬▬▬ <▬▬▬@kinginjuryfirm.com>
**Subject:** Re: Opposition to Motion to Continue Trial_Leon Parker - Invitation to edit
**Date:** Sun, 06 Jan 2019 22:04:53 +0000

---

Defendants then reference Cornelius Garrison as a man that has been in contact with a number of people on the dates of their respective accidents.

Took out the reference to Parker completely.

▬▬▬▬▬▬
Attorney
The King Firm
2912 Canal Street
New Orleans, LA 70119
Main: 504-909-5464
Fax: 800-901-6470
▬▬▬@kinginjuryfirm.com

On Sun, Jan 6, 2019 at 4:01 PM Jason Giles <jgiles@kinginjuryfirm.com> wrote:
> Associate too strong of a word.
>
>> On Sun, Jan 6, 2019 at 4:01 PM ▬▬▬▬▬▬ ▬▬▬@kinginjuryfirm.com> wrote:
>> Not sure what else to call him. Leon knows him and buys clothes from the guy.
>>
>> ▬▬▬▬▬▬
>> Attorney
>> The King Firm
>> 2912 Canal Street
>> New Orleans, LA 70119
>> Main: 504-909-5464
>> Fax: 800-901-6470
>> ▬▬▬@kinginjuryfirm.com
>>
>>> On Sun, Jan 6, 2019 at 3:59 PM ▬▬▬▬ ▬▬▬@kinginjuryfirm.com> wrote:
>>> I had some thoughts / suggestions that are in the document next time you look at it. Main concern is, do we want to call Garrison an "associate" of the client's.
>>>
>>>> On Sun, Jan 6, 2019 at 3:51 PM ▬▬▬▬▬▬ <▬▬▬@kinginjuryfirm.com> wrote:
>>>> Sounds like a plan
>>>>
>>>> ▬▬▬▬▬▬
>>>> Attorney
>>>> The King Firm
>>>> 2912 Canal Street
>>>> New Orleans, LA 70119
>>>> Main: 504-909-5464
>>>> Fax: 800-901-6470

GOVERNMENT EXHIBIT F

▇▇▇@kinginjuryfirm.com

On Sun, Jan 6, 2019 at 3:44 PM Jason Giles <jgiles@kinginjuryfirm.com> wrote:
> Let's talk tonight about Fey.
>
> On Sun, Jan 6, 2019 at 3:43 PM ▇▇▇▇▇▇ (via Google Docs) <drive-shares-noreply@google.com> wrote:
>
>> jimmy@kinginjuryfirm.com has invited you to **edit** the following document:
>>
>> Opposition to Motion to Continue Trial_Leon Parker
>>
>>  This opposition is due tomorrow. Let me know your thoughts. I have the Fey depo at 10 then a doc depo at 4.
>>
>> Thanks,
>>
>> ▇▇▇▇▇
>>
>> Open in Docs
>>
>> Google Docs: Create and edit documents online.
>> Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
>> You have received this email because someone shared a document with you from Google Docs.

--
Jason F. Giles
The King Firm
2912 Canal St.
New Orleans, LA 70119
Main Line  504-909-KING
Direct Dial 504-304-2361


--
▇▇▇▇▇▇
**The King Firm, LLC**
2912 Canal Street
New Orleans, Louisiana 70119
Phone 504-909-5464

Direct Dial 504-304-2360  
Fax 800-901-6470

--  
Jason F. Giles  
The King Firm  
2912 Canal St.  
New Orleans, LA 70119  
Main Line  504-909-KING  
Direct Dial 504-304-2361

US-072-00241659