|  |  |
|---|---|
| **From:** | █████████ <█████@kinginjuryfirm.com> |
| **To:** | █████████ <█████@kinginjuryfirm.com>, Jason Giles <jgiles@kinginjuryfirm.com>, █████ <█████@█████.com>, █████ <█████@kinginjuryfirm.com> |
| **Subject:** | Fwd: █████████ Jr. taken 1-7-19 |
| **Date:** | Fri, 11 Jan 2019 22:16:37 +0000 |
| **Attachments:** | FeyLouis010719.txt; FeyLouis010719.ptx; FeyLouis010719Exhibit001.pdf; FeyLouis010719Exhibit002.pdf; FeyLouis010719Full.pdf; FeyLouis010719Mini.pdf |
| **Inline-Images:** | image001.png |

Final copy with exhibits

█████████
Attorney
The King Firm
2912 Canal Street
New Orleans, LA 70119
Main: 504-909-5464
Fax: 800-901-6470
█████@kinginjuryfirm.com


---------- Forwarded message ---------
From: █████████ <█████@█████.com>
Date: Fri, Jan 11, 2019 at 3:25 PM
Subject: █████████, Jr. taken 1-7-19
To: █████@kinginjuryfirm.com
Cc: <█████@gjtbs.com>



**Note: Hard copy to follow.**

**If you have a secretary/paralegal you would like to have e-mailed as well, please let us know.**

The deposition of the deponent listed in the subject line is attached in both .ptx and .txt files for your convenience. In order to view the .ptx file, please download the viewer available at the website listed below.

**GOVERNMENT EXHIBIT G**

http://store.westlaw.com/software/ebundle/viewer/default.aspx



New Orleans, LA 70130

PH

US-072-00247905