**From:** Jason Giles <jgiles@kinginjuryfirm.com>
**To:** ▮▮▮▮ <▮▮▮@kinginjuryfirm.com>
**Cc:** ▮▮▮▮ <▮▮▮@kinginjuryfirm.com>, ▮▮▮▮ <▮▮▮@kinginjuryfirm.com>
**Subject:** Re: Attention Please
**Date:** Sat, 12 Jan 2019 00:09:26 +0000

---

She used to work for justice department.

Jason F Giles
King Injury Firm
Ring The King
504-909-5464

On Jan 11, 2019, at 5:38 PM, ▮▮▮▮ <▮▮▮@kinginjuryfirm.com> wrote:

I just talked to ▮▮▮ for a bit. Apparently, this lawyer has had prior run ins with Cornelius Garrison, got ▮▮▮s number after the hearing, then a US Attorney called ▮▮▮ when she was back at her office about Garrison and this case. She said she has had zero contact with them before today and the intervention from this lawyer.

No other details given about the specifics of the discussion.

▮▮▮▮
Attorney
The King Firm
2912 Canal Street
New Orleans, LA 70119
Main: 504-909-5464
Fax: 800-901-6470
▮▮▮@kinginjuryfirm.com


On Fri, Jan 11, 2019 at 10:50 AM ▮▮▮▮ <▮▮▮@kinginjuryfirm.com> wrote:
If you have any cases with this attorney or this firm, please let me know immediately

--
Anthony J. Milazzo, III, Partner
The King Firm, LLC
2912 Canal Street
New Orleans, Louisiana 70119
Phone 504-909-5464
Fax 800-901-6470

GOVERNMENT EXHIBIT H

US-072-00240905