**From:** Jason Giles <jgiles@kinginjuryfirm.com>
**To:** "D. Patrick Keating" <patrick@keatinglawgroup.legal>
**Subject:**
**Date:** Tue, 12 Feb 2019 17:09:42 +0000
**Importance:** Normal
**Attachments:** 12-21-2018_hearing_transcript.pdf; conformed_motion_in_limine___Francis,_Jessica.pdf; conformed_motion_in_limine_4___Francis,_Jessica.pdf; Exception_of_prescription.pdf; Motion_in_Limine_5-_linking_fraud_ring_activity_to_Ps.pdf

--
Jason F. Giles
The King Firm
2912 Canal St.
New Orleans, LA 70119
Main Line  504-909-KING
Direct Dial 504-304-2361



GOVERNMENT
EXHIBIT

I

US-072-03056513