**From:** "D. Patrick Keating" <patrick@keatinglawgroup.legal>
**To:** ▆▆▆▆▆▆ <▆▆▆@keatinglawgroup.legal>
**Subject:** Look at this shit.
**Date:** Thu, 21 Feb 2019 18:38:56 +0000
**Importance:** Normal
**Attachments:** ATT00001.txt; unnamed_document.pdf

---

Get Outlook for Android

---

**From:** Jason Giles <jgiles@kinginjuryfirm.com>
**Sent:** Thursday, February 21, 2019 12:21:57 PM
**To:** D. Patrick Keating
**Subject:** Fwd: unnamed document.pdf


---------- Forwarded message ---------
From: ▆▆▆▆▆ ▆▆▆@▆▆▆▆.com>
Date: Tue, Feb 19, 2019 at 10:04 PM
Subject: unnamed document.pdf
To: ▆▆▆▆▆ <▆▆▆@kinginjuryfirm.com>, jgiles@kinginjuryfirm.com <jgiles@kinginjuryfirm.com>, ▆▆▆ <▆▆▆@kinginjuryfirm.com>, ▆▆▆@kinginjuryfirm.com <▆▆▆@kinginjuryfirm.com>

Check the list in Pretrial Order


--
Jason F. Giles
The King Firm
2912 Canal St.
New Orleans, LA 70119
Main Line  504-909-KING
Direct Dial 504-304-2361

GOVERNMENT EXHIBIT J

US-072-03053350