**From:** Jason Giles <jgiles@kinginjuryfirm.com>
**To:** "D. Patrick Keating" <patrick@keatinglawgroup.legal>
**Subject:** Fwd: TIDA Inquiry: Information on Potential Auto Accident Fraud in Louisiana
**Date:** Thu, 21 Feb 2019 18:32:33 +0000
**Importance:** Normal

---------- Forwarded message ---------
From: ▮▮▮▮▮▮▮▮ <▮▮▮@kinginjuryfirm.com>
Date: Tue, Feb 19, 2019 at 8:22 PM
Subject: TIDA Inquiry: Information on Potential Auto Accident Fraud in Louisiana
To: <attorneys@kinginjuryfirm.com>
Cc: ▮▮▮▮ <▮▮@▮▮▮▮.com>

FYI folks



# TIDA E-List Service

Please **DO NOT** reply to this email.

Reply to: Contacts listed below.

We are seeking information concerning potential auto accident fraud in Louisiana. Our New Orleans based law firm, Perrier & Lacoste, has been working diligently with us to defend and investigate what we believe to be staged accidents involving commercial vehicles, mostly tractor-trailers, in New Orleans. At great expense, we retained an investigator who developed a functional database to create link reports to all information gathered to date, including names, addresses, family/associates, cell records, etc. Information was entered for over 80 accidents on or near Interstate 10 (east of downtown) and Interstate 610 in the New Orleans area over the past few years.

Many, if not all, of the accidents include similar factual scenarios, including:

1) Multiple People in claimant vehicle

2) Sideswipe with commercial vehicle trailer

3) Minimal Damage to claimant vehicle

4) Little to no damage to insured trailer

5) Unknown third-party vehicle involved (who waves down driver or assists with the setup of the accident)

**GOVERNMENT EXHIBIT K**

6) Commercial vehicle driver is unaware of or denies impact.

We uncovered non-party witnesses who have corroborated that many of the accidents were staged. In two cases, we found video footage of a claimant turning into a commercial truck. Based on the deposition testimony of several plaintiffs in the cases we are handling, we exposed a recurring issue that appears to be a weak link in each plaintiff's version of events. That is, the people in each vehicle have different versions and conflicting information about how they met up before getting in the car to travel to a specific location. If you are defending one of these cases, it is imperative that you secure the cell phone records of each plaintiff to establish communication with other claimants in similar accidents. Moreover, in the accidents we have researched, there are very frequently the same lawyers and third-party medical funding companies involved.

We are now entering the expert discovery stages in several of our cases, including depositions of medical providers and third-party funding companies. In addition to the fact that many of the accidents for which we have developed data appear staged, we have learned that the third-party medical funding companies involved in some of these cases are receiving reduced rates of 1/3 the total medical bills. Perrier & Lacoste currently has two cases set for trial in March and April 2019 in the USDC for the Eastern District of Louisiana and have asserted a counterclaim for conspiracy to commit fraud in each. We hope to build additional links and strengthen known links between the various accidents listed above as trial approaches in these cases. While no one in our industry has any issue with settling legitimate claims, if you are defending one of these cases, please know that some of the plaintiff's lawyers are trying to use any settlement (even a cost of defense) of these types of cases as a defense to the fraud counterclaims.

If we want fraudulent claims to stop, we need the trucking community to be united in investigating and defending these cases. If you would like additional information as to the database created to identify suspicious accidents in New Orleans, please contact ▇▇▇▇▇▇ at ▇▇▇▇▇@perrierlacoste.com or (504) 212-8822.

We have a significant amount of information that cannot be shared, obviously, as we defend active litigation. Nonetheless, please be on the lookout for any of the common factors in these accidents, and feel free to contact us if you have any information or questions.

Anderson Trucking Company – ▇▇▇▇▇▇▇▇▇▇

Canal Insurance Company – ▇▇▇▇▇▇▇

Cardinal Logistics – ▇▇▇▇▇▇▇

The Kenan Advantage Group, Inc. – ▇▇▇▇▇▇▇

National Interstate Insurance Company – ▇▇▇▇▇▇▇▇

USA Truck – ▇▇▇▇▇▇▇

Vanliner Insurance Company – ▇▇▇▇▇▇▇▇

Werner Enterprises – ▇▇▇▇▇▇▇

**Trucking Industry Defense Association (TIDA)**
3601 East Joppa Road, Baltimore, MD 21234
(410) 931-8100 | info@tida.org

© Copyright 2019 TIDA

--

Jason F. Giles
The King Firm
2912 Canal St.
New Orleans, LA 70119
Main Line  504-909-KING
Direct Dial 504-304-2361

US-072-03052682