| | |
|---|---|
| From: | Sean |
| To: | ▓▓▓▓; ▓▓▓▓; ▓▓ ▓▓▓▓ |
| Subject: | Fwd: ▓▓▓▓ |
| Date: | Tuesday, August 8, 2017 12:18:28 PM |
| Attachments: | ▓▓▓▓statement.pdf |
| | referral.pdf |
| | office note.pdf |

Good Morning:

▓▓▓▓, I think we should start the process of funding this case now. This case is going to be surgical and its a good one. ▓▓▓▓▓▓▓▓ at the King Firm is the associate on it and he sent it to me. We can do the office visits, etc and get the approval with the underwriting with ▓▓▓▓ prior to this being set for surgery. Let me know.

Sean


-----Original Message-----
From: ▓▓▓▓▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓>
To: Sean <lawqb@aol.com>
Sent: Mon, Aug 7, 2017 9:49 pm
Subject: ▓▓▓▓

See the attached referral, office note and statement.

--
▓▓▓▓▓▓, *Practice Administrator*
▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓
▓▓▓▓▓▓
*Email:* ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓



**GOVERNMENT EXHIBIT L**

**Medport_DOJ_009716**

US-072-00515837