**From:** Vanessa Motta <vanessa@mottalaw.com>
**To:** ▇▇▇▇ <▇▇▇@kinginjuryfirm.com>
**Subject:** Re: Draft to the 5th
**Date:** Thu, 04 May 2023 20:34:06 +0000
**Attachments:** 5.3.23-_1st_draft_Collins_-_En_Banc_Brief_to_5th_Circuit.docx; unnamed_document.pdf

---

▇▇▇,

 I am so sorry to bother you as I know you are a busy man. I keep moving things around on this brief and I am stuck. There are so many issues with the order and reasons but I know that the chances of rehearing is 1% for civil.

Please disregard the cases and the style as I will fix that at the end, and please know this is a first draft. :)

 If you have time, do you mind looking at this draft and the ruling and see if I am in a good path or if I need to restructure or change all of it??

I still have not worked on the regulate petition for rehearing I was focusing on this first.

I would appreciate it. And if you cant, I totally understand. Both Petitions are due Wednesday. :(

Vanessa Motta

Vanessa Motta
Attorney at Law
Motta Law, LLC
3632 Canal Street
New Orleans, LA 70119
PH: 504-670-9490
Facsimile: 504-513-3122
Email: Vanessa@Mottalaw.com
Website: www.mottalaw.com

NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee named above. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it and any and all copies of it. Thank you.

GOVERNMENT EXHIBIT
O

US-072-00940580