**From:** Vanessa Motta <vanessa@mottalaw.com>
**To:** ▮▮▮▮▮▮ <▮▮▮▮▮@kinginjuryfirm.com>
**Subject:** Re: FUCK THE 5th CIR
**Date:** Wed, 28 Jun 2023 21:31:39 +0000
**Attachments:** unnamed_document.pdf

---

This is absolutely ridiculous. This is harmless????

Another filing for rehearing and en banc.

Vanessa Motta

GOVERNMENT EXHIBIT P

US-072-00941097