

## U.S. Department of Justice
United States Attorney
Eastern District of Louisiana

---

*Edward J. Rivera*
*Assistant United States Attorney*

*The Poydras Center*
*650 Poydras Street, Suite 1600*
*New Orleans, Louisiana 70130*

*Telephone: 504-680-3163*
*Fax: 504-589-4395*

May 2, 2019

*Via e-mail*
▇▇▇@▇▇▇.com
▇▇▇, Esq.
New Orleans, LA

      Re: Vanessa Motta

Dear Mr. ▇▇▇:

      This letter is to confirm your representation to our office via a voice mail that I received this date that you are legal counsel for Vanessa Motta. At this time, we wish to advise you that Ms. Motta is the subject of a federal investigation involving mail and wire fraud relating to allegedly staged motor vehicle accidents.

      We further advise you that any communications by Ms. Motta (or thru third parties on her behalf or for her benefit) to potential witnesses concerning their knowledge of the alleged staged motor vehicle accidents may be considered witness tampering and/or obstruction of justice.

      Please let us know if you and your client would like to discuss this matter with FBI Special Agent Robert Orvin, and if so, we can meet either at the FBI or in our offices. Please note for future reference that we do not consent to the taping/audio recording of any meetings, discussions and/or phone conversations between the parties.

      Sincerely yours,
      PETER G. STRASSER
      UNITED STATES ATTORNEY



EDWARD J. RIVERA
Assistant United States Attorney

BRIAN KLEBBA
Assistant United States Attorney

**GOVERNMENT EXHIBIT Q**