**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| | * | |
| **VS** | * | **SECTION: "D"** |
| | * | |
| | * | |
| **VANESSA MOTTA** | * | |
| | * | |

**DEFENDANT'S REQUEST FOR RULE 17 SUBPOENAS**

Please issue signed subpoenas as noted below, pursuant to Rule 17 of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY**

2 sets for hearing scheduled on July 15, 2025.

Respectfully submitted,

/s/ *Sean Toomey*
Sean M. Toomey (Bar # 36055)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 556-4118
Facsimile: (504) 556-4108

Attorney for Defendants Vanessa Motta and Motta Law LLC.

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by electronic filing on PACER, this 5th day of June, 2025.

/s/    *Sean Toomey*