UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| | * | |
| **VS** | * | **SECTION: "D"** |
| | * | |
| | * | |
| **VANESSA MOTTA ET Al.** | * | |
| | * | |
| | * | |

### OPPOSITION TO SEAN ALFORTISH'S AND LEON PARKER'S MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes defendants, Vanessa Motta and Motta Law LLC (together the "Defendants"), who respectfully move this Court to deny the motion to continue the trial filed by co-defendants Sean Alfortish and Leon Parker (the "Alfortish-Parker Motion") pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161, and the Sixth Amendment of the constitution for the following reasons.

Understandably, Alfortish and Parker and their counsel, who are new to this case, need additional time to prepare a defense. This is all the more true in light of the over 3,000,000 items/pages of discovery produced by the government so far. In contrast, Vanessa Motta and Motta Law LLC are ready for the September 8, 2025, trial of this matter. While Vanessa Motta and Motta Law LLC have been provided with the same voluminous discovery, because undersigned counsel for the Defendants has been engaged in this matter since 2020, the Defendants understand the relevant and meaningful evidence in this case, which is a tiny portion of the 3,000,000 items/pages of discovery. Indeed, the evidence introduced at this trial will be largely merely witness testimony.

Critically, Vanessa Motta has in no way waived her right to a speedy trial under 18 U.S.C. § 3161. Moreover, any continuance granted at this point will directly run afoul of her Sixth Amendment right to a speedy trial.

Not only will continuing the current trial setting violate U.S. law and the constitution, but Vanessa Motta will be extremely prejudiced by further delay as a practical matter. As she awaits trial, she has been suspended from working by the Supreme Court of the State of Louisiana, as well as the Eastern District of Louisiana Court. She has also been functionally "debanked" from the United States financial system. The result is that she is facing financial ruin. Making this hardship even more unbearable, she has two young children, including one with life-threatening illnesses.

WHEREFORE, defendants Vanessa Motta and Motta Law LLC pray that this Court deny the instant motion to continue.

Respectfully submitted,

*/s/ Sean M. Toomey*
Sean M. Toomey (La. Bar #36055)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139
Telephone: (504) 581-7979

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon the Court and counsel of record for all parties by electronic filing on this 17 day of June 2025.