# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **RYAN HARRIS,** *et al.* | * | |

\* \* \*

## GOVERNMENT'S MOTION TO QUASH SUBPOENAS

**NOW COMES,** the United States of America, through the undersigned attorneys, who respectfully moves this Honorable Court to quash subpoenas issued to Ryan J. Harris and Bradley Egenberg at the request of defendants Vanessa Motta and Motta Law, LLC. *See* Rec. Doc. 329. In support of this motion, the government submits the accompanying memorandum in support.

    Respectfully submitted,

    MICHAEL M. SIMPSON
    ACTING UNITED STATES ATTORNEY

    /s/ *Matthew R. Payne*
    MATTHEW R. PAYNE
    BRIAN M. KLEBBA
    MARY KATHERINE KAUFMAN
    Assistant United States Attorneys
    J. RYAN McLAREN
    Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
Assistant United States Attorney