UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| **VS** | * | **SECTION: "D"** |
| | * | |
| **VANESSA MOTTA,** *et al.* | * | |

## VANESSA MOTTA AND MOTTA LAW LLC'S MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, comes Defendants Vanessa Motta and Motta Law LLC ("Motta Law"), who respectfully requests a continuance of the submission date of the Government's Motion to Quash Subpoenas (R. Doc. 333) from 5:00 p.m. (CST) on Wednesday, July 2, 2025, to 5:00 p.m. (CST) on Wednesday, July 9, 2025, for the following reasons and good cause shown:

1.

The Government filed its Motion to Quash Subpoenas (R. Doc. 333) and Motion to Expedite Hearing and Incorporated Memorandum in Support (R. Doc. 334) on June 27, 2025, and the Motion to Quash was set for submission on July 15, 2025.

2.

The Court granted the Government's Motion to Expedite Hearing and Incorporated Memorandum in Support on June 30, 2025, ordering Defendants to file their oppositions by 5:00 p.m. (CST) on Wednesday, July 2, 2025. *See* R. Doc. 335.

-2-

3.

Undersigned counsel has been out of town since June 25, 2025, and will not return to the office until July 7, 2025, and does not have the ability to respond to the Government's Motion to Quash Subpoenas by the current deadline of July 2, 2025.

4.

Undersigned counsel is the only counsel of record for Defendants Vanessa Motta and Motta Law.

5.

Counsel for the Government has been contacted regarding the instant motion and has no objection to a continuance of Defendants' deadline to oppose the Government's Motion to Quash Subpoenas to 5:00 p.m. (CST) on Wednesday, July 9, 2025.

WHEREFORE, Defendants Vanessa Motta and Motta Law pray that this Motion be granted and that the Court enters an Order continuing the submission date of the Government's Motion to Quash Subpoenas (R. Doc. 333) from 5:00 p.m. (CST) on Wednesday, July 2, 2025, to 5:00 p.m. (CST) on Wednesday, July 9, 2025.

Respectfully submitted,

/s/ Sean M. Toomey_____
Sean M. Toomey (Bar # 36055)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139
Telephone:  (504) 556-4118
Facsimile:  (504) 556-4108

*Attorney for Defendant Vanessa Motta and Motta Law LLC*

-3-

## CERTIFICATE OF SERVICE

      I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by electronic filing on PACER, this 1st day of July, 2025.

                /s/ Sean M. Toomey