# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **RYAN HARRIS,** *et al.* | * | |

\* \* \*

## GOVERNMENT'S MOTION TO REVOKE BOND FOR DEFENDANT VANESSA MOTTA, OR, ALTERNATIVELY TO MODIFY THE TERMS OF HER BOND

**NOW COMES,** the United States of America, through the undersigned attorneys, who respectfully moves this Honorable Court to revoke the bond for defendant Vanessa Motta, or alternatively to modify the terms of her bond, for the reasons set forth in the accompanying memorandum in support.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                       /s/ *Matthew R. Payne*
                                       MATTHEW R. PAYNE
                                       Assistant United States Attorney