# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO. 24-105** |
| | * | |
| **VS** | * | **SECTION: "D"** |
| | * | |
| **VANESSA MOTTA** | * | |
| | * | |

## MOTION TO CONTINUE HEARING ON GOVERNMENT'S MOTION TO REVOKE BOND, FOR VANESSA MOTTA, OR, ALTERNATIVELY TO MODIFY THE TERMS OF HER BOND

NOW INTO COURT, through undersigned counsel, comes Defendant, Vanessa Motta, who respectfully request that this Honorable Court continue the hearing currently scheduled for August 4, 2025 at 2:00 p.m. Undersigned counsel will be out of town on vacation and unable to attend. Assistant United States Attorney Matthew Payne has been contacted and has no objection to the continuance. WHEREFORE, defendant, Vanessa Motta, respectfully pray that the *Motion to Continue Hearing* be granted.

Respectfully submitted,

/s/ *Sean Toomey*
Sean M. Toomey (Bar # 36055)
**LISKOW & LEWIS**
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Attorney for Defendants Vanessa Motta and Motta Law, LLC.

-2-

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon counsel of record for all parties by electronic filing on PACER, this 30th day of July, 2025.


                                                */s/     Sean Toomey*