AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Vanessa Motta, ET AL. | ) Case No. 24-105 D |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Jason Baer
3000 Kingman Street, Suite 200
Metairie, LA 70006

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | US District Court<br>500 Poydras Street<br>New Orleans, LA 70130 | Courtroom No.: C352 |
|---|---|---|
| | | Date and Time: 12/12/25 @9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: Dec 10 2025

Carol L. Miehel
Name of clerk of court

Deputy clerk's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Vanessa Motta, Motta Law LLC , who requests this subpoena, are:

Sean Matthew Toomey
Liskow &Lweis (New Orleans)
701 Poydras St.
Suite 5000
New Orleans, LA 70139-5099
504-556-4118
Email stoomey@liskow.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  24-105 D

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: