UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN HARRIS, ET AL. | SECTION: D (1)<br>**This Order applies to Counts 1-8 in the second superseding indictment and to all defendants except for Ryan Harris and Jovanna Gardner** |

### ORDER

**IT IS HEREBY ORDERED** that the two hearings on January 6, 2026 concerning any motions to dismiss, motions for a bill of particulars, motions to suppress, and motions to strike surplusage (R. Doc. 405 at p. 3; R. Doc. 490) are hereby **CONTINUED without date** in light of the Court's December 16, 2025 Order granting the Unopposed Motion for Extension of Deadline for All Defendants' Motions to Dismiss, Motions to Strike, and Motions to Suppress (*See* R. Docs. 491 & 502). New deadlines will be set by the Court as discussed with counsel during the hearing.

New Orleans, Louisiana, December 17, 2025.

*[signature: Wendy B. Vitter]*
**WENDY B. VITTER**
**United States District Judge**