UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 2:24-CR-00105 |
| | CHIEF JUDGE WENDY VITTER |
| VERSUS | SECTION: D |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| VANESSA MOTTA, ET AL. | DIVISION: 1 |

**VANESSA MOTTA AND MOTTA LAW, LLC'S
<u>MOTION TO SEQUESTER JURY</u>**

NOW INTO COURT, through undersigned counsel, come defendants Vanessa Motta and Motta Law, LLC (together, "Ms. Motta"), who respectfully request that this Court sequester the jury for the duration of trial. Since the government's "Operation Sideswipe" investigation began, Ms. Motta has been the subject of pervasive and sustained media coverage, with roughly 20 news stories published about her in the past year alone. The media's sensational reporting has been inherently prejudicial. It has explicitly appealed to jurors' self-interest by portraying the prosecution as a means to reduce auto-insurance premiums for the public, branded Ms. Motta's legal work as "bogus," and marshalled speculative and guilt-implying commentary. Based on the resurgence of recent media attention, this coverage will likely continue through trial, thus creating a substantial risk that jurors will be influenced by extrajudicial information rather than the evidence presented in court. *See Nebraska Press Ass'n v. Stuart*, 427 U.S. 539, 554 (1976) (observing importance of insulating jurors from the "deluge of publicity") (citation omitted); *see also Sheppard v. Maxwell*, 384 U.S. 333, 362 (1966) ("Due process requires that the accused receive a trial by an impartial jury free from outside influences," including prejudicial news commentary). Accordingly, the jury must be sequestered.

WHEREFORE, Vanessa Motta and Motta Law, LLC respectfully request that this Court: (1) grant their motion; and (2) sequester the jury during their trial.

Respectfully submitted,

*/s/ Sean M. Toomey*

Sean M. Toomey (La. Bar #36055)
Ellen D. George (La. Bar #39891)
Zachary D. Berryman (La. Bar # 40278)
Dominic M. Berthelot (La. Bar # 41159)
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
Email: stoomey@liskow.com
        egeorge@liskow.com
        zberryman@liskow.com
        dberthelot@liskow.com

**Attorneys for Defendants Vanessa Motta and Motta Law, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of January, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Sean M. Toomey*