UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

VANESSA MOTTA
MOTTA LAW, LLC
JASON F. GILES
KING FIRM, LLC
DIAMINIKE F. STALBERT

CRIMINAL ACTION

NO.  24-105

SECTION:  "D" (1)

## CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court as listed in the Exhibit Index used at Trial (attached) and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this ___19th___ day of March, 2026.

_____
Counsel for Defendant, Vanessa Motta and Motta Law, LLC

_____
Counsel for Defendant, Jason F. Giles

_____
Counsel for Defendant, King Firm, LLC

_____
Counsel for Defendant, Diaminike F. Stalbert

_____
Counsel for United States of America