AO 187(Rev. 7/87) LAED revised

# United States District Court
# Eastern District of Louisiana

EXHIBIT LIST

USA

CRIMINAL ACTION

VERSUS

NO:  24-105

VANESSA MOTTA
MOTTA LAW, LLC
JASON F. GILES
THE KING FIRM, LLC
DIAMINIKE STALBERT

DIVISION: (1)

| PRESIDING JUDGE Wendy B. Vitter | GOVERNMENT'S ATTORNEY Matthew Payne, Brian Klebba, Jeffrey McLaren, Mary Katherine Kaufman | DEFENDANT'S ATTORNEY Sean Toomey, Ellen George, Zachary Berryman, Dominic Berthelot, Lynda Van Davis-Greenstone, Richard Simmons, Hester Hilliard |
|---|---|---|
| TRIAL DATES March 2, 2026 – March 20, 2026 | COURT REPORTER Alexis Vice, Jodi Simcox, Karen Ibos | COURTROOM DEPUTY Lanie Bryant |

| Gov. No. | Deft. No. | Date Admitted | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|
| 074.001 | | 3/4/2026 | Galaxy S5 Evidence Collection_2019-11-29_Report |
| 074.001 A | | 3/4/2026 | Photographs of Camaro Damage |
| 074.003 | | 3/4/2026 | Cell Phones (Damien Labeaud) 2019-11-26_Report |
| 074.003 A | | 3/4/2026 | Excerpts of Cell Phone - Text Messages between Labeaud and Giles |
| 074.003 B | | 3/4/2026 | Excerpts of Cell Phone - Text Messages between Labeaud and Keating |
| 072.055 | | 3/4/2026 | FBI Case Files |
| 072.013 | | 3/4/2026 | FBI Case Files |
| 072.054 | | 3/4/2026 | FBI Case Files |
| 017.001 | | 3/4/2026 | Police Report - Leon Parker, DOA 1/17/16, Dodge Charger |
| 378.012 | | 3/4/2026 | Photos of Individuals and Locations - The King Firm |
| 017.012 | | 3/4/2026 | Deposition of Leon Parker, 8/15/2017 |

| 017.013 | | 3/4/2026 | Deposition of Selita Harris, 8/15/2017 |
|---|---|---|---|
| 017.011 | | 3/4/2026 | Deposition of Darnell Harris, 8/15/2017 |
| 025.001 | | 3/4/2026 | Sprint Subpoena Return, 504-315-8147 (Selita) - subscriber |
| 025.004 | | 3/4/2026 | Sprint Subpoena Return, 504-315-8147 (Selita) - tolls |
| 025.003 | | 3/4/2026 | Sprint Subpoena Return, 504-264-0770 (Parker) - subscriber |
| 072.010 | | 3/4/2026 | FBI Case Files |
| 072.011 | | 3/4/2026 | FBI Case Files |
| 025.006 | | 3/4/2026 | T-Mobile Certification, 2016-19 records, 504-564-2011 (Garrison) |
| 072.007 | | 3/4/2026 | T-Mobile Subpoena Response re: Garrison phone records |
| 025.008 | | 3/4/2026 | T-Mobile Subpoena Response (Subscriber Report) re: x2011 (Garrison) |
| 025.009 | | 3/4/2026 | T-Mobile Subpoena Response (call data) re: x2011 (Garrison) 11/5/2019 |
| 025.010 | | 3/4/2026 | T-Mobile Subpoena Response (call data) re: x2011 (Garrison) 7/10/2019 |
| 089.005 | | 3/4/2026 | Medport Files, re: Leon Parker & the King Firm |
| 001.002 | | 3/4/2026 | 12/07/2018 Email from J. Courtenay to J. Giles & B. King |
| 001.007 | | 3/4/2026 | Opposition to Motion to Continue Trial_Leon Parker |
| 001.004 | | 3/4/2026 | EXPERT REPORT - Harris v U.S. Express |
| 001.001 | | 3/5/2026 | Giles Email to Courtenay 1.12.19 |
| 072.012 | | 3/5/2026 | FBI Case Files |
| 001.004 | | 3/5/2026 | EXPERT REPORT - Harris v U.S. Express |
| 378.010 | | 3/5/2026 | Photos of Individuals and Locations - Sean Alfortish |
| 016.009 | | 3/5/2026 | Galliano handwritten notes on corporate structure of JA Trust, Total Medical Concepts, Affiliated Management - 02/08/2017 |
| 016.001 | | 3/5/2026 | Affiliated Management 2016 1099-MISC (Miscellaneous Income): Payments to Alfortish Law, Galliano, Barber, Junio, Pineda, Romero, Winins |
| 016.014 | | 3/5/2026 | Sean Alfortish 2017 Tax Return Document |
| 016.017 | | 3/5/2026 | JA Trust 1099 summary January-December 2017 |
| 016.018 | | 3/5/2026 | JA Trust Profit & Loss Statement January-November 2017, Comparison to 201 |
| 016.019 | | 3/5/2026 | JA Trust "Professional Fees" for January-December 2017 |

| | | | |
|---|---|---|---|
| 016.024 | | 3/5/2026 | Affiliated Management, JA Medical, LA Medport (Alfortish) Profit & Loss, January-December 2018 |
| 016.026 | | 3/5/2026 | Sean Alfortish 2018 Tax Return Document |
| 016.027 | | 3/5/2026 | General Ledger (2018) for Affiliated Management, JA Medical, LA Medport |
| 016.029 | | 3/5/2026 | Galliano handwritten notes from 2019 meeting with Sean Alfortish |
| 016.039 | | 3/5/2026 | Email from Motta (from Alfortish email) to Galliano, 3/13/25, "Re: Extension for 2024" |
| 088.001 | | 3/5/2026 | Danny Keating Bank Records |
| 102.001 | | 3/5/2026 | JPMorgan Chase (Keating) SB1149310-F1_SCD_1 |
| 102.002 | | 3/5/2026 | JPMorgan Chase (Keating) SB1149310-F3_SCD_1 |
| 088.004 | | 3/5/2026 | Danny Keating Bank Records |
| 088.003 | | 3/5/2026 | Accident Report, re: Offray |
| 030.060 | | 3/5/2026 | Email (3/28/2018) from Smith to Keating re: Larry Picou |
| 030.025 | | 3/5/2026 | Email (12/11/2018) from Keating to Milazzo (King Firm) re: Latrell Johnson settlement and fee split |
| 030.077 | | 3/5/2026 | Email (12/13/2018) from Keating to Giles re: Latrell Johnson fee split |
| 030.014 | | 3/5/2026 | Email (1/25/2019) from Keating to Giles re: Lucinda Thomas |
| 030.046 | | 3/5/2026 | Email (2/12/2019) from Keating to Giles re: meeting |
| 030.008 | | 3/5/2026 | Email (2/13/2019) from Keating to Meyer forwarding Giles Verification of Facts Affidavit |
| 030.044 | | 3/5/2026 | King Firm Verification of Facts for 6/2/16 accident |
| 030.017 | | 3/5/2026 | Email (2/21/2019) from Giles to Keating re: TIDA Inquiry into Information on Potential Auto Accident Fraud in Louisiana |
| 030.041 | | 3/5/2026 | Email (3/4/2019) from Keating to King/Courtenay/Giles re: releases and Labeau |
| 030.037 | | 3/5/2026 | Email (3/7/2019) from King to Keating/Giles/Courtenay re: "New Orleans Attorney Ordered To Produce Client List In Connection With Alleged Accident Staging Ring |
| 030.043 | | 3/5/2026 | Email (3/8/2019) from Keating to Giles re: x6745 |
| 030.038 | | 3/5/2026 | Email (3/9/2019) from Keating to Courtenay re: Tanya Givens |
| 030.001 | | 3/5/2026 | Email from Keating to Nugent 9/7/2019 re: Cornelius "Griffin" phone records |
| 030.015 | | 3/5/2026 | Email (9/11/2019) from Giles to Keating forwarding Garrison phone records |

| | | | |
|---|---|---|---|
| 030.022 | | 3/5/2026 | Email (10/24/2019) from Giles to Keating forwarding the Labeaud indictment |
| 030.078 | | 3/5/2026 | Settlement letter (1/22/2019) to Keating re: Larry Picou and $130,000 check |
| 030.003 | | 3/5/2026 | Letter (12/11/2018) from defense firm to Keating with settlement and $7,000 check for Latrell Johnson |
| 072.002 | | 3/5/2026 | FBI Case Files |
| | Giles 1 | 3/6/2026 | Video of text messages |
| | Giles 2 | 3/6/2026 | Answer in case 18-2472 |
| | Giles 3 | 3/6/2026 | Indictment |
| | Giles 4 | 3/6/2026 | Factual Basis |
| 378.001 | | 3/6/2026 | Photos of Individuals and Locations - C. Garrison |
| 378.002 | | 3/6/2026 | Photos of Individuals and Locations - C. Garrison |
| 378.006 | | 3/6/2026 | Photos of Individuals and Locations - Motta Law |
| 072.017 | | 3/6/2026 | FBI Case Files |
| 072.022 | | 3/6/2026 | FBI Case Files |
| 072.040 | | 3/6/2026 | FBI Case Files |
| 072.030 | | 3/6/2026 | FBI Case Files |
| 072.047 | | 3/6/2026 | FBI Case Files |
| 026.001 | | 3/6/2026 | Policy Body-Worn Camera - Red Rav-4 Collision (Lee) - 2017 |
| 072.023 | | 3/9/2026 | FBI Case Files |
| 013.001 | | 3/9/2026 | Motta Law Secretary of State Filing |
| 013.031 | | 3/9/2026 | Motta 9.6.18 Email to Will Crammer |
| 013.003 | | 3/9/2026 | Motta 8-12-19 Email to Matt Crammer |
| 013.006 | | 3/9/2026 | Payment to Affiliated Management 04.05.18 |
| 013.007 | | 3/9/2026 | Payment to Affiliated Management 04.17.18 |
| 013.008 | | 3/9/2026 | Payment to Affiliated Management 05.03.18 |
| 013.009 | | 3/9/2026 | Payment to Affiliated Management 05.30.18 |
| 013.010 | | 3/9/2026 | Payment to Affiliated Management 06.08.18 |
| 013.011 | | 3/9/2026 | Payment to Affiliated Management 06.15.18 |
| 013.012 | | 3/9/2026 | Payment to Affiliated Management 07.11.18 |

| 013.013 | | 3/9/2026 | Payment to Affiliated Management 07:19:18 |
|---|---|---|---|
| 013.014 | | 3/9/2026 | Payment to Affiliated Management 08.28.18 |
| 013.015 | | 3/9/2026 | Payment to Affiliated Management 10.19.18 |
| 013.016 | | 3/9/2026 | Payment to Affiliated Management 11.05.18 |
| 013.017 | | 3/9/2026 | Payment to Affiliated Management 1.16.18 |
| 013.018 | | 3/9/2026 | Payment to Affiliated Management 1.19.18 |
| 013.019 | | 3/9/2026 | Payment to Affiliated Management 1.25.18 |
| 013.020 | | 3/9/2026 | Payment to Affiliated Management 1.4.18 |
| 013.021 | | 3/9/2026 | Payment to Affiliated Management 3.16.18 |
| 013.022 | | 3/9/2026 | Payment to Affiliated Management 9.26.18 |
| 013.043 | | 3/9/2026 | Motta 8.29.19 Email to Will Crammer |
| 013.044 | | 3/9/2026 | Motta Check to Aff. Mgmt. Rent 4.17.18 |
| 013.045 | | 3/9/2026 | Motta Check to Aff. Mgmt. Adv. Rent 3.16.18 |
| 013.046 | | 3/9/2026 | Motta Check to Aff. Mgmt. Rent/Adv. 1.25.18 |
| 013.047 | | 3/9/2026 | Motta Check to Aff. Mgmt. Bills/Rent/Advertise 6.8.18 |
| 013.048 | | 3/9/2026 | Motta Check to Aff. Mgmt. Advance 10.19.18 |
| 013.049 | | 3/9/2026 | Motta Check to Aff. Mgmt. Adv. On Adv. 10.1.18 |
| 013.050 | | 3/9/2026 | Motta Check to Aff. Mgmt. Rent/Adv/Exp 8.28.1 |
| 013.051 | | 3/9/2026 | Motta Check to Aff. Mgmt. Advertising/Rent 5.30.18 |
| 013.052 | | 3/9/2026 | Motta Check to Aff. Mgmt. Advance/Savings 10.19.18 |
| 013.053 | | 3/9/2026 | Motta Check to Aff. Mgmt. Cornelius Garrison 7.30.18 |
| 013.054 | | 3/9/2026 | Motta Check to Aff. Mgmt. Adv/Rent/Promo/Savings 6.15.18 |
| 013.055 | | 3/9/2026 | Motta Check to Aff. Mgmt. Rent, Savings, Advertise 7.9.18 |
| 013.056 | | 3/9/2026 | Motta Check to Aff. Mgmt. 7.19.18 |
| 013.057 | | 3/9/2026 | Motta Check to Aff. Mgmt. Rent/clients 4.5.18 |
| 013.058 | | 3/9/2026 | Check 2334: Motta Law to Affiliated Management, 5/3/18, $10,325, "Payment Rent, Reimb" |
| 013.059 | | 3/9/2026 | Check 3554: Motta Law to Affiliated Management, 11/7/18, $20,720, "Reimbursement/Savings for settlem." |
| 013.060 | | 3/9/2026 | Check 2508: Motta Law to Cornelius Garrison, 8/6/18, $10,000, "advance on case - Motta" |

| 006.169 | | 3/9/2026 | Henderson-Burkhalter Cell Phone Records |
|---|---|---|---|
| 016.179 | | 3/9/2026 | Certification for T-Mobile Cell Records |
| 006.168 | | 3/9/2026 | T-Mobile Garrison Phone Records from Donna Wood |
| 379.001 | | 3/9/2026 | Photos of Individuals and Locations - C. Garrison |
| 089.003 | | 3/9/2026 | Labeaud_17K_Cashiers_Check131648 |
| 379.012 | | 3/9/2026 | 2018.11.13 Henderson-Burkhalter Opposition to Daubert Motion & Motion in Limine Winkler Testimony |
| 379.013 | | 3/9/2026 | 2018.11.14 Henderson-Burkhalter Reply Defendants' Opposition to Plaintiffs Motion Amend Witness & Ex List |
| 379.015 | | 3/9/2026 | 2018.12.10 Henderson-Burkhalter Motion Quash Subpoena For Cell Phone Records |
| 006.093 | | 3/9/2026 | Burkhalter Settlement Position Paper |
| 006.175 | | 3/9/2026 | Burkhalter et al Doc 115- Granted Mtn to W-draw Baer |
| 045.002 | | 3/9/2026 | Deposition transcript of Amy Dimambro (7/11/2019) in Henderson-Burkhalter case |
| 379.029 | | 3/9/2026 | 2019.08.15 Henderson-Burkhalter Order Staying Case & Dismissing Without Prejudice |
| 379.036 | | 3/9/2026 | 2025.02.24 Henderson-Burkhalter Order Granting Motion to Withdraw Motta & Motta Law |
| 054.008 | | 3/9/2026 | 2/27/19 Recording (Motta, Kennedy) |
| 054.009 | | 3/9/2026 | 3/12/19 Recording (Motta, Kennedy) |
| 055.001 | | 3/9/2026 | 2/20/19 Video of Motta-Compass-Kennedy Meeting (Part One) |
| 055.002 | | 3/9/2026 | 2/20/19 Video of Motta-Compass-Kennedy Meeting (Part Two) |
| 055.003 | | 3/9/2026 | 2/20/19 Video of Motta-Compass-Kennedy Meeting (Part Three) |
| 378.009 | | 3/9/2026 | Photos of Individuals and Locations - Ryan Harris |
| 003.001 | | 3/9/2026 | Carl Morgan Client Intake Form |
| 003.003 | | 3/9/2026 | Shirley Morgan Client Intake Form |
| 003.002 | | 3/9/2026 | Motta Law discharge letter - Carl Morgan |
| 006.024 | | 3/9/2026 | Morgan & Harris settlement reimbursement |
| 057.010 | | 3/9/2026 | Letter (2/3/2020) from Claude Kelly to Egenberg re: Garrison representation |
| 006.187 | | 3/9/2026 | Motta 2-8-20 Email to Claude Kelly |
| 006.204 | | 3/9/2026 | Garrison Deposition 2-18-20 |

| 006.052 | | 3/9/2026 | Cornelius Garrison Deposition 07-09-2020 |
|---|---|---|---|
| 057.011 | | 3/9/2026 | Garrison Limited waiver of Motta/Egenberg Attorney-Client Privilege (signed Garrison, Kelly) |
| 006.112 | | 3/9/2026 | Accident Report 07-23-1-2017 |
| 006.155 | | 3/9/2026 | Settlement Demand Degruy, Devin |
| 006.114 | | 3/9/2026 | Settlement - Motta.Degruy.Dacha.package |
| 379.007 | | 3/9/2026 | 2018.07.20 Degruy v. Penske Logistics Complaint |
| 017.022 | | 3/10/2026 | Police Report - Ortegas Coleman, DOA 8/15/17 |
| 006.135 | | 3/10/2026 | Ortegas Coleman Enterprise Rental Agreement.pdf |
| 006.026 | | 3/10/2026 | Order -Admit Phone Records - Indictment+Depo of Garrison |
| 006.133 | | 3/10/2026 | Fobb v Wells Fargo - Petition for Damages_Shadrack Long |
| 006.126 | | 3/10/2026 | 2020.08.08 Hendricks et al  - Mot for Leave and 1st Sup Am Ans Recon X-claim 3d Prty Dem.pdf |
| 006.119 | | 3/10/2026 | Affidavit of Juanisha Winchester 7-1-21 |
| 006.029 | | 3/10/2026 | Margie Hendricks Motion to Stay (Under Seal) |
| 006.131 | | 3/10/2026 | 2023.09.28 Hendricks Plt. Memo in Opp. to Def.  Mtn. To Admit Cell Rec. Indict. & Depo re Garrison |
| 006.029 | | 3/10/2026 | Margie Hendricks Motion to Stay (Under Seal) |
| 006.131 | | 3/10/2026 | 2023.09.28 Hendricks Plt. Memo in Opp. to Def.  Mtn. To Admit Cell Rec. Indict. & Depo re Garrison |
| 006.139 | | 3/10/2026 | Juanisha Winchester Settlement Release |
| | Motta 1 | 3/10/2026 | Plaintiff's opposition to Motion to Stay |
| 006.199 A | | 3/10/2026 | Kierra Thomas Accident Report_04.24.2017 |
| 006.207 | | 3/10/2026 | Petition for Damages Kierra Thomas 4-6-18 |
| 379.003 | | 3/10/2026 | Photos of Individuals and Locations - Damien LaBeaud |
| 379.006 | | 3/10/2026 | 2018.07.03 Thomas v. Chambers Counterclaim |
| 379.010 | | 3/10/2026 | 2018.10.24 Thomas v. Chambers Order & Reasons Granting Motion Dismiss Counterclaims & Denying Sanctions |
| 379.011 | | 3/10/2026 | 2018.10.26 Thomas v. Chambers Motion to Alter Judgment or Relief from Judgment or Reconsideration |
| 379.017 | | 3/10/2026 | 2019.01.17 Thomas v. Chambers Motion to Withdraw as Counsel of Record |

| 379.022 | | 3/10/2026 | 2019.04.05 Thomas v. ChambersOrder & Reasons Denying Motion File Supp & Amending Answer |
|---|---|---|---|
| 379.037 | | 3/10/2026 | 2019.04.18 Thomas v. Chambers Order Continuing Trial |
| 379.023 | | 3/10/2026 | 2019.04.18 Thomas v. Chambers Memo in Opposition Motion in Limine for Lay Testimony |
| 379.024 | | 3/10/2026 | 2019.05.06 Thomas v. Chambers Order & Reasons |
| 379.038 | | 3/10/2026 | 2019.05.28 Thomas v. Chambers Order and Reasons |
| 379.025 | | 3/10/2026 | 2019.05.29 Thomas v. Chambers Order Staying Case |
| 001.094 | | 3/10/2026 | Settlement Demand - Keishira Robinson et al |
| 040.004 | | 3/10/2026 | AIG (10-13-18) Settlement Check No. 33360762 payable to Lertrice Johnson & the King Firm |
| 040.012 | | 3/10/2026 | AIG (10-13-18) Settlement Check No. 33360761 payable to Davienque Johnson & the King Firm |
| 040.010 | | 3/10/2026 | AIG (10-05-18) Settlement Check No. 33340854 payable to Keishira Robinson & the King Firm |
| 040.011 | | 3/10/2026 | AIG (10-13-18) Settlement Check No. 33360760 payable to Ashley McGowan & the King Firm |
| 036.002 | | 3/10/2026 | Police Report - Wayland Collins DOA 8/9/2017 |
| 379.008 | | 3/10/2026 | 2018.08.07 Collins v. Benton Complaint |
| 379.026 | | 3/10/2026 | 2019.07.02 Collins v. Benton Order Granting Motion to Withdraw Baer LLC |
| 379.027 | | 3/10/2026 | 2019.07.19 Collins v. Benton Motion for Leave to File Counterclaim |
| 379.028 | | 3/10/2026 | 2019.08.15 Collins v. Benton Opposition to Motion File Counterclaim & Leave File Supp Answer |
| 379.030 | | 3/10/2026 | 2019.08.21 Collins v. Benton Reply Memo in Support File Counterclaim & Amending Answer |
| 036.007 | | 3/10/2026 | Wayland Collins Settlement Demand Letter |
| 379.031 | | 3/10/2026 | 2019.11.26 Collins v. Benton  Motion to Stay Proceedings |
| 379.032 | | 3/10/2026 | 2019.11.26 Collins v. Benton  Memo in Opposition to Stay Proceedings |
| 379.033 | | 3/10/2026 | 2019.12.11 Collins v. Benton Order & Reasons Denying Motion Stay |
| 006.036 | | 3/10/2026 | Transcript - Collins v. Benton Jury Trial Day 4 |
| 006.037 | | 3/10/2026 | Transcript - Collins v. Benton Jury Trial Day 5 |
| 379.035 | | 3/10/2026 | 2021.11.24 Collins v. Benton Judgment |

| 378.003 | | 3/11/2026 | Photos of Individuals and Locations - Damien LaBeaud |
|---|---|---|---|
| 071.022 | | 3/11/2026 | King Firm IRS Records (2015) |
| 071.024 | | 3/11/2026 | King Firm IRS Records (2016) |
| 071.025 | | 3/11/2026 | King Firm IRS Records (2017) |
| 071.026 | | 3/11/2026 | King Firm IRS Records (2018) |
| 071.027 | | 3/11/2026 | King Firm IRS Records (2019) |
| 071.028 | | 3/11/2026 | Jason Giles IRS Records (2019) |
| 071.030 | | 3/11/2026 | Vanessa Motta IRS Records (2016) |
| 071.031 | | 3/11/2026 | Vanessa Motta IRS Records (2016) |
| 071.032 | | 3/11/2026 | King Firm IRS Records (2020) |
| 071.033 | | 3/11/2026 | Vanessa Motta IRS Records (2018) |
| 071.034 | | 3/11/2026 | Jason Giles IRS Records (2018) |
| 071.035 | | 3/11/2026 | Jason Giles IRS Records (2020) |
| 071.039 | | 3/11/2026 | Vanessa Motta IRS Records (2022) |
| 071.040 | | 3/11/2026 | Giles Law IRS Records (2015) |
| 058.005 | | 3/11/2026 | Danielle Jordan 3/5/2020 photo of Dec. 2019 @diaminike5 Instagram post |
| 223.002 | | 3/11/2026 | Hertz Corporation Claim Records - Danielle Jordan |
| | Stalbert 1 | 3/11/2026 | Letter written by Danielle Jordan dated 3/5/2020 |
| 023.008 | | 3/11/2026 | Settlement Checks for Winchester, Fobb, Smith, Wishem, Diaz, Harris (Motta Law) |
| 006.113 | | 3/11/2026 | Final Settlements - Degruy, et al |
| 014.005 | | 3/11/2026 | Motta Law Profit & Loss by Class |
| 006.017 A | | 3/11/2026 | Accident Report 03-29-2017 |
| 038.002 | | 3/11/2026 | Ryan Harris Settlement Demand |
| 047.002 | | 3/12/2026 | Grand Jury Subpoena Response - Leon Parker v. EAN Holdings |
| 047.003 | | 3/12/2026 | Leon Parker vehicle photos |
| 138.001 | | 3/12/2026 | Hancock Whitney Certification of Records - The King Firm |
| 138.002 | | 3/12/2026 | Hancock Whitney Bank Account Records - The King Firm |

| 138.003 | | 3/12/2026 | Hancock Whitney Bank Account Records FNBC DDA 110112061 - The King Firm |
|---|---|---|---|
| 138.004 | | 3/12/2026 | Hancock Whitney Bank Account Records FNBC DDA 110112072 - The King Firm |
| 138.005 | | 3/12/2026 | Hancock Whitney Bank Account Records FNBC DDA 110112083 - The King Firm |
| 092.001 | | 3/12/2026 | Hancock Whitney Bank Affidavit of Custodian of Records |
| 092.002 | | 3/12/2026 | Hancock Whitney Bank FNBC DDA 110112061 - The King Firm |
| 092.003 | | 3/12/2026 | Hancock Whitney Bank FNBC DDA 110099268 - Giles Law |
| 090.001 | | 3/12/2026 | First Bank and Trust Records - The King Firm |
| 090.002 | | 3/12/2026 | First Bank and Trust Records - The King Firm |
| 090.003 | | 3/12/2026 | First Bank and Trust Records - The King Firm |
| 090.004 | | 3/12/2026 | First Bank and Trust Records - The King Firm |
| 090.005 | | 3/12/2026 | First Bank and Trust Records - The King Firm |
| 090.006 | | 3/12/2026 | First Bank and Trust Records - The King Firm |
| 090.007 | | 3/12/2026 | First Bank and Trust Records - Giles Law |
| 143.001 | | 3/12/2026 | Distributed Image Account Statements - 1-31-2020 - 360152896 - THE KING FIRM LLC |
| 143.002 | | 3/12/2026 | Distributed Image Account Statements - 2-28-2020 - 360152896 - THE KING FIRM LLC |
| 143.003 | | 3/12/2026 | Distributed Image Account Statements - 3-31-2020 - 360152896 - THE KING FIRM LLC |
| 143.004 | | 3/12/2026 | Distributed Image Account Statements - 4-30-2020 - 360152896 - THE KING FIRM LLC |
| 143.005 | | 3/12/2026 | Distributed Image Account Statements - 5-29-2020 - 360152896 - THE KING FIRM LLC |
| 143.006 | | 3/12/2026 | Distributed Image Account Statements - 6-30-2020 - 360152896 - THE KING FIRM LLC |
| 143.007 | | 3/12/2026 | Distributed Image Account Statements - 7-31-2020 - 360152896 - THE KING FIRM LLC |
| 143.008 | | 3/12/2026 | First Bank and Trust Certification of Records - Jason Giles |
| 143.009 | | 3/12/2026 | Distributed Image Account Statements - 11-30-2017 - 360142468 - GILES LAW LLC |
| 143.010 | | 3/12/2026 | Distributed Image Account Statements - 7-31-2017 - 360142468 - GILES LAW LLC |

| | | | |
|---|---|---|---|
| 143.011 | | 3/12/2026 | Distributed Image Account Statements - 8-31-2017 - 360142468 - GILES LAW LLC |
| 130.001 | | 3/12/2026 | Hancock Whitney Certification of Records - The King Firm |
| 072.056 | | 3/12/2026 | FBI Case Files |
| 001.028 | | 3/12/2026 | Christopher Maurice File Police Report |
| 003.007 | | 3/12/2026 | Final Disbursement Damian Labeaud v. Hallmark, et al |
| 004.002 | | 3/12/2026 | Damien Labeaud recording 11-16-17 |
| 004.002 A | | 3/12/2026 | Transcript of Damien Labeaud recording 11-16-17 |
| | Giles 5 | 3/13/2026 | Instagram video of fishing |
| | Giles 6 | 3/13/2026 | Affidavit of Damian Labeaud |
| | Giles 7 | 3/13/2026 | King Firm Settlement |
| | KF 1 | 3/13/2026 | Factual Basis from case 19-219 |
| 001.026 A | | 3/13/2026 | Accident Report 03-27-2017 |
| 001.095 | | 3/13/2026 | Email to attorney RE: Cancellation of Tanya Givens Settlement |
| 006.005 A | | 3/13/2026 | Other Accidents - Police Reports |
| 006.001 | | 3/13/2026 | Email dtd 08/20/2017 from T. Arnona to V. Motta |
| 006.009 | | 3/13/2026 | Cornelius Garrison Deposition 01-12-18 |
| 006.107 A | | 3/13/2026 | Motta letter to James Dill 01-29-2017 - Re: Cornelius Garrison |
| 006.014 | | 3/13/2026 | Garrison, Cornelius Settlement Docs & Check |
| 001.032 A | | 3/13/2026 | Police Report 6.28.17 |
| 039.016 | | 3/13/2026 | Herbert Allen Settlement Demand |
| 039.017 | | 3/13/2026 | Settlement check to Troylynn Brown |
| 039.018 | | 3/13/2026 | Settlement check to Dion Ridley |
| 039.019 | | 3/13/2026 | Settlement check to Jarvis Brown |
| 039.020 | | 3/13/2026 | Check for $50,000 dated 7/8/2020 from Arch Insurance to King Firm re: Herbert Allen |
| 039.045 | | 3/13/2026 | Email from Slaughter to Mason re: FedEx Shipment 770927003749, package delivery to King Firm |

| | | | |
|---|---|---|---|
| 006.086 | | 3/13/2026 | Accident Report 05-09-2017 |
| 006.090 | | 3/13/2026 | Raphus Adams, et al v. Barry Hart, et al - Settlement Demand |
| 001.049 | | 3/16/2026 | Accident Report - Robinson, Anthony |
| 001.085 | | 3/16/2026 | Demands for Jerry Schaffer-Audrey Harris-Keishira Robinson |
| 001.043 | | 3/16/2026 | Settlement Checks - A Robinson, J Schaffer, A Harris, K Robinson |
| | Giles 8 | 3/16/2026 | Photo of accident with 18 wheeler |
| 006.050 | | 3/16/2026 | Accident Report 02-05-18 |
| 006.051 | | 3/16/2026 | Sprint Call Records for Dejane Jefferson 504-994-3899 |
| 006.053 | | 3/16/2026 | Juanyell Martin Deposition  2-6-2020 |
| 006.066 | | 3/16/2026 | Dajane Jefferson Deposition 08-28-2020 |
| 006.144 | | 3/16/2026 | Dajane Jefferson Settlemnt Check  2-7-19 |
| 006.145 | | 3/16/2026 | 12-6-24 Offer of Judgment to Motta from Bonnaffons |
| 006.146 | | 3/16/2026 | Juanyell Martin Petition filed cdc 2-5-19 |
| 006.161 | | 3/16/2026 | Juanyell Martin Opposition to Motion for Leave |
| 006.210 | | 3/16/2026 | Petition for Damages Shantay Watkins |
| 017.021 | | 3/16/2026 | Payment to Affiliated Management 3.16.18 |
| 006.006 | | 3/16/2026 | Accident Report 04-12-17 |
| 017.014 | | 3/16/2026 | Payment to Affiliated Management 08.28.18 |
| 001.043 | | 3/16/2026 | Settlement Checks - A Robinson, J Schaffer, A Harris, K Robinson |
| 001.049 | | 3/16/2026 | Accident Report - Robinson, Anthony |
| 001.085 | | 3/16/2026 | Demands for Jerry Schaffer-Audrey Harris-Keishira Robinson |
| 006.018 | | 3/16/2026 | Tiffany Turner Deposition |
| 054.011 | | 3/16/2026 | 2/15/19 Call between Charlette Jones and Vanessa Motta |
| 006.152 | | 3/16/2026 | Marlene Kennedy Affidavit 2-19 |
| 049.004 | | 3/16/2026 | Deposition transcript (2/28/2019) of Marlene Kennedy |
| 054.011 A | | 3/16/2026 | Transcript - 1/27/20 Video of Garrison-Motta-Egenberg-Turnbull Meeting (Part One) |
| 055.002 A | | 3/16/2026 | Transcript - 12/9/19 Garrison-Alfortish video at Clearview Mall |

| 054.008 A | | 3/16/2026 | Transcript - 2/27/19 Recording (Motta, Kennedy) |
|---|---|---|---|
| 054.009 A | | 3/16/2026 | Transcript - 3/12/19 Recording (Motta, Kennedy) |
| 054.002 | | 3/16/2026 | 12/9/19 Garrison-Alfortish video at Clearview Mall |
| 054.002 A | | 3/16/2026 | Transcript - 12/9/19 Garrison-Alfortish video at Clearview Mall |
| 063.003 | | 3/16/2026 | Google Search Warrant Response Letter (Alfortish Account) |
| 063.001 | | 3/16/2026 | Google Subscriber Information (Alfortish Account) |
| 063.002 | | 3/16/2026 | Google Search History (Alfortish Account) |
| 053.001 | | 3/16/2026 | ALFORTISH Customs & Border Patrol Crossing History |
| 053.002 | | 3/16/2026 | MOTTA Customs & Border Partrol Crossing History |
| 054.003 | | 3/16/2026 | 1/15/20 Garrison-Alfortish Video (Part One) |
| 054.004 | | 3/16/2026 | 1/15/20 Garrison-Alfortish Video (Part Two) |
| 054.003 A | | 3/16/2026 | Transcript - 1/15/20 Garrison-Alfortish Video (Part One) |
| 054.004 A | | 3/16/2026 | Transcript - 1/15/20 Garrison-Alfortish Video (Part Two) |
| 054.001 | | 3/16/2026 | 1/27/20 Video of Garrison-Motta-Egenberg-Turnbull Meeting (Part One) |
| 054.006 | | 3/16/2026 | 1/27/20 Video of Garrison-Motta-Egenberg-Turnbull Meeting (Part Two) |
| 054.007 | | 3/16/2026 | 1/27/20 Video of Garrison-Motta-Egenberg-Turnbull Meeting (Part Three) |
| 073.001 | | 3/16/2026 | Search of Foy Street - Cornelius Garrison Settlement Statement |
| 158.003 | | 3/17/2026 | Sprint Records Certification - (504) 906-2557 |
| 158.001 | | 3/17/2026 | Toll Records - (504) 906-2557 |
| 158.002 | | 3/17/2026 | Toll Records - (504) 906-2557 |
| 158.004 | | 3/17/2026 | Toll Records - (504) 906-2557 |
| 176.002 | | 3/17/2026 | Sprint Records Certification - (504) 723-6443 |
| 176.003 | | 3/17/2026 | Sprint Response Grand Jury Subpoena - (504) 723-6443 |
| 176.001 | | 3/17/2026 | Toll Records - (504) 723-6443 |

| 174.001 | | 3/17/2026 | Sprint Records Certification - (504) 473-1052 |
|---|---|---|---|
| 174.002 | | 3/17/2026 | Toll Records - (504) 473-1052 |
| 177.001 | | 3/17/2026 | T-Mobile Records Certification |
| 177.002 | | 3/17/2026 | T-Mobile Toll Records - (504) 564-2011 |
| 181.001 | | 3/17/2026 | Certification for Phone Records - (504) 9990518- |
| 181.002 | | 3/17/2026 | T-Mobile Toll Records - (504) 518-9990 |
| 191.002 | | 3/17/2026 | T-Mobile Records Certification - (504) 457-9201 |
| 191.001 | | 3/17/2026 | Verizon Records Certification - (504) 457-9201 |
| 192.001 | | 3/17/2026 | Verizon Records Certification - (504) 457-9201 |
| 192.002 | | 3/17/2026 | Toll Records - (504) 457-9201 |
| 192.003 | | 3/17/2026 | Toll Records - (504) 457-9201 |
| 192.004 | | 3/17/2026 | Toll Records - (504) 457-9201 |
| 193.001 | | 3/17/2026 | AT&T Records Certification - 722-4444 |
| 193.005 | | 3/17/2026 | AT&T Phone Records - (504) 722-4444 - Jason Giles |
| 193.002 | | 3/17/2026 | AT&T Phone Records - (504) 722-4444 |
| 193.003 | | 3/17/2026 | AT&T Phone Records - (504) 722-4444 |
| 193.004 | | 3/17/2026 | AT&T Phone Records - (504) 722-4444 |
| 194.001 | | 3/17/2026 | AT&T Records Certification - (504) 909-6047 |
| 194.005 | | 3/17/2026 | AT&T Phone Records - (504) 909-6047 - A. Milazzo |
| 194.002 | | 3/17/2026 | AT&T Phone Records - (504) 909-6047 |
| 194.003 | | 3/17/2026 | AT&T Phone Records - (504) 909-6047 |
| 194.004 | | 3/17/2026 | AT&T Phone Records - (504) 909-6047 |
| 207.011 | | 3/17/2026 | Verizon Records Certification |
| 207.001 | | 3/17/2026 | Phone Records - (504) 617-0906 |
| 207.002 | | 3/17/2026 | Phone Records - (504) 617-0906 |
| 220.001 A | | 3/17/2026 | Verizon Records Certification - (504) 617-0906 |
| 220.002 | | 3/17/2026 | Phone Records - (504) 617-0906 |
| 220.003 | | 3/17/2026 | Phone Records - (504) 617-0906 |
| 220.004 | | 3/17/2026 | Phone Records - (504) 617-0906 |

| 220.005 | | 3/17/2026 | Phone Records - (504) 617-0906 |
|---|---|---|---|
| 220.006 | | 3/17/2026 | Verizon Phone Records - (504) 617-0906 |
| 210.005 | | 3/17/2026 | AT&T Records Certification - (504) 722-4444 |
| 210.001 | | 3/17/2026 | AT&T Phone Records - (504) 722-4444 |
| 210.002 | | 3/17/2026 | AT&T Phone Records - (504) 722-4444 |
| 210.003 | | 3/17/2026 | AT&T Phone Records - (504) 722-4444 |
| 210.004 | | 3/17/2026 | AT&T Phone Records - (504) 722-4444 |
| 221.001 | | 3/17/2026 | T-Mobile Records Certification - (504) 518-9990 |
| 221.002 | | 3/17/2026 | T-Mobile Phone Records - (504) 518-9990 |
| 046.005 | | 3/17/2026 | UPS Records Certification |
| 046.001 | | 3/17/2026 | Package Tracking - 1Z377AA70193290634 |
| 046.002 | | 3/17/2026 | Package Tracking - 1Z377AA70193290634 |
| 046.003 | | 3/17/2026 | Package Tracking - 1Z377AA70193290634 |
| 046.004 | | 3/17/2026 | Package Tracking - 1Z377AA70193290634 |
| 046.004 | | 3/17/2026 | Package Tracking - 1Z377AA70193290634 |
| 046.006 | | 3/17/2026 | UPS Delivery Record |
| 046.007 | | 3/17/2026 | UPS Delivery Record |
| 375.001 | | 3/17/2026 | Sprint Records Certification - (504) 518-9990 |
| 375.004 | | 3/17/2026 | Sprint Cover Letter - Subpoena Response |
| 375.002 | | 3/17/2026 | Sprint Toll Records |
| 004.003 | | 3/17/2026 | Audio Recording - J. Giles & R. Hickman |
| 004.003 A | | 3/17/2026 | Transcript of Audio Recording - J. Giles & R. Hickman |
| 379.040 | | 3/17/2026 | Hickman Indictment |
| 379.041 | | 3/18/2026 | Hickman Defendant Information Sheet |
| | Giles 9 | 3/18/2026 | Audio recording of Paul Littrell, Brian King and William Bell |
| | Giles 9A | 3/18/2026 | Transcript of Audio recording. |
| | Giles 10 | 3/18/2026 | Report by Big Easy Travel Plaza |

| | Giles 11 | 3/18/2026 | Breakdown of accidents and their total |
|---|---|---|---|
| | Giles 12 | 3/18/2026 | Retainer Invoice |
| | Stalbert 2 | 3/18/2026 | Still shot from truck dash camera |
| | Stalbert 3 | 3/18/2026 | Photos |
| | Stalbert 4 | 3/18/2026 | Photos |
| 083.002 | | 3/18/2026 | State Farm Claim File, re: Parker |
| 006.001 | | 3/19/2026 | Carl Morgan Client Intake Form |
| | Stalbert 5 | 3/19/2026 | Photos of lineup |
| | Stalbert 6 | 3/19/2026 | Letter by Erica Lee |
| | Stalbert 7 | 3/19/2026 | Version Record of Erica Lee |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.