# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2026

Lyle W. Cayce
Clerk

———————————

No. 26-30191

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

VANESSA MOTTA; MOTTA LAW, L.L.C.,

*Defendants—Appellants.*

———————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CR-105-4
USDC No. 2:24-CR-105-5

———————————————————————

## UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED Appellants' unopposed motion to dismiss the appeal without prejudice is GRANTED.